**Frank J. CAPOZZI Sr., Petitioner**

v.

**LUZERNE COUNTY COURT OF COMMON PLEAS, Respondent**

**No. 55 MM 2017**

Supreme Court of Pennsylvania.

May 22, 2017

### ORDER

PER CURIAM

AND NOW, this 22nd day of May, 2017, the Application for Leave to File Original

Process is **GRANTED**, and the "Petition for Review and Extraordinary Relief" is **DENIED**.